MISDEMEANOR PROCEEDINGS

DATE:
JUDGE: <u>YOUNG</u>

CASE NO:             3:17-MJ-00 42
TAPE:        FTR

UNITED STATES OF AMERICA

v.

Cornelius Johnson

INITIAL/PRELIMINARY HEARING    (  )
BENCH  TRIAL                   (✓)
PROBATION/IDENTITY             (  )
RULE 5(A) BOND HEARING         (  )
SENTENCING                     (  )
OTHER _____  (  )

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WITNESS (ES):

_____

_____

AUSA <u>THOMAS GARNETT</u> /Gabrielle Michalak

COUNSEL _____

INTERPRETER _____

**ARRAIGNMENT PROCEEDINGS**:

STATEMENT OF RIGHTS AND WAIVER, EXECUTED (   )
DEFT. ADVISED OF CHARGES/PENALTIES/RIGHTS (   )
FINANCIAL AFFIDAVIT, SUBMITTED FOR APPROVAL (   )
CJA COUNSEL TO BE APPOINTED (   )
GOVT'S MOTION TO AMEND CT. ____ TO _____, GRANTED (   )
DEFT. ENTERED PLEA OF_____(   )
DEFT. WAIVED/REQUESTED TRIAL BY JURY (   )
GOVT/DEFT'S MOTION FOR CONTINUANCE, GRANTED (   )
DEFT. FAILED TO APPEAR (   )
GOVT'S MOTION FOR WARRANT, GRANTED PENDING FINDING OF PROBABLE CAUSE (   )
GOVT'S MOTION TO DISMISS _____, GRANTED (   )
MOTIONS FILED WITHIN ___ DAYS    (   )    RESPONSES WITHIN ____ DAYS (   )
REPLY WITHIN ___ DAYS (   )           JURY INSTRUCTIONS FILED 7 DAYS PRIOR TO TRIAL (   )

**TRIAL PROCEEDINGS**:

OPENING STATEMENT (✓) BY GOVT
WITNESS EXCLUDED ON MOTION OF _____ (   )
GOVT. ADDUCED EVIDENCE, RESTED (✓)
DEFT ADDUCED EVIDENCE, RESTED (✓)
REBUTTAL EVIDENCE (   )
CLOSING ARGUMENTS (✓)
FINDINGS STATED FROM THE BENCH (✓)
      JUDGMENT:      NOT GUILTY AS TO COUNTS (   ) _____
                     GUILTY AS TO COUNTS (✓)_____I____

**MOTIONS PROCEEDINGS**:

GOVT. ADDUCED EVIDENCE, RESTED (   )
DEFT. ADDUCED EVIDENCE RESTED (   )
REBUTTAL EVIDENCE, ADDUCED (   )
ARGUMENTS (   )
FINDINGS STATED FROM THE BENCH (   )       MATTER TAKEN UNDER ADVISEMENT (   )
ADDITIONAL BRIEFING:  MOTION GRANTED (   )   MOTION DENIED (   )

Deft remanded pursuant to 18 USC 3143(a)(2).

CASE SET: 1:30 BEGAN: 1:26   ENDED: 2:43   TIME IN COURT: 1hr 17mins
sentencing set for 10/17/17 at 11:30am

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN     DISTRICT OF     VIRGINIA-RICHMOND DIVISION

USA

v.

Cornelius Johnson

**EXHIBIT AND WITNESS LIST**

Case Number: 17mj42

| PRESIDING JUDGE Young | PLAINTIFF'S ATTORNEY Thomas Garnett/Gabrielle Michalek | DEFENDANT'S ATTORNEY Joseph Camden/ Laura Koenig |
|---|---|---|
| | COURT REPORTER FTR | COURTROOM DEPUTY M-Fulks |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | | | | Beverly Ann Leedle, RN VA Hospital |
| 1 | | | | ✓ | Photo of Nurse Leedle's back |
| | | | | | photo withdrawn by court |
| ✓ | | | | | Lenea Flippen Nurse VA Hospital |
| | A | | | ✓ | Diagram of Defts hospital room by Flippen (drawn) |
| ✓ | | | | | Sgt Jeffrey L. Almond, Sgt VA Hospital Police |
| | | | | | |
| | | | | | |
| | | | | | exhibits returned to counsel 8/3/17 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1