**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **Criminal Number: 3:17cr136** |
| | ) | **Hon. Henry E. Hudson** |
| **CORNELIUS JOHNSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF APPEAL

Comes now the defendant, Cornelius Johnson, by counsel, and hereby notes his appeal to

the United States Court of Appeals for the Fourth Circuit, from the district court's ruling on

January 31, 2018,  in affirmation of the magistrate judge's ruling in Case No. 3:17mj42, on

October 17, 2017.

Respectfully Submitted,
CORNELIUS JOHNSON

By:              /s/

Counsel

Joseph S. Camden
Counsel for Mr. Johnson
CA Bar # 266831
Assistant Federal Public Defender
Eastern District of Virginia
701 E. Broad Street, Suite 3600
Richmond, VA   23219
(804) 565-0830
(804) 648-5033 (fax)
Joseph_Camden@fd.org

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 14, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Gabrielle Michalak
Thomas Garnett
Assistant United States Attorneys
919 East Main Street, Suite 1900
Richmond, Virginia 23219
Gabrielle.Michalak@usdoj.gov
Thomas.A.Garnett@usdoj.gov

/s/

Counsel

Joseph S. Camden
Counsel for Mr. Johnson
CA Bar # 266831
Assistant Federal Public Defender
Eastern District of Virginia
701 E. Broad Street, Suite 3600
Richmond, VA   23219
(804) 565-0830
(804) 648-5033 (fax)
Joseph_Camden@fd.org

2